UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.C., and A.C. on behalf of his child A.C., a minor,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

Case No. 1:22-cv-04182 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of the parties' joint letter, dated October 11, 2022, filed in response to the Court's September 28, 2022 Reassignment Order. ECF No. 16. In light of the fact that the parties indicate they intend to resolve this case without motion practice or discovery, IT IS HEREBY ORDERED that the parties shall update the Court as to the status of settlement discussions no later than **October 26, 2022**.

Dated: October 12, 2022
       New York, New York

                              SO ORDERED.

                              JENNIFER L. ROCHON
                              United States District Judge